THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE PAGAN, Appellant.

Submitted May 9, 2011; decided June 2, 2011

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES F. PHILLIPS, Respondent.

Submitted May 31, 2011; decided June 2, 2011

Motion for assignment of counsel granted and Mark Diamond, Esq., Box 287356 Yorkville Station, New York, NY 10128 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GILBERTO SOSA, Respondent.

Submitted May 23, 2011; decided June 2, 2011

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.